**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Cissy Thunderhawk; Waste'Win Young; and Reverend John Floberg on behalf of themselves and all similarly-situated persons, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | **ORDER (AMENDED) GRANTING MOTION TO EXCEED PAGE LIMITS** |
| vs. | ) ) | |
| County of Morton, North Dakota; Sheriff Kyle Kirchmeier; Governor Doug Burgum; Former Governor Jack Dalrymple; Director Grant Levi; Superintendent Michael Gerhardt, Jr.; TigerSwan LLC, and Does 1 to 100, | ) ) ) ) ) ) ) | Case No. 1:18-cv-212 |
| Defendants. | ) ) | |

On January 11, 2019, Defendants Doug Burgum, Jack Dalrymple, Grant Levi, and Michael Gerhardt, Jr. (hereinafter referred to as the "State Defendants") filed: (1) a motion to dismiss; (2) a motion for leave to file a brief in support of their motion to dismiss that exceeds the 40-page limit set forth in D.N.D. Civ. L.R. 7.1(A); and (3) a supporting brief that is substantively 62 pages in length.[1]

The court **GRANTS** the State Defendants' motion (Doc. No. 29) and authorizes their filing of their supporting brief. Additionally, the court authorizes Plaintiffs to file 62-page response to the State Defendants' motion.[2]

---

[1] The State Defendants' supporting brief incorporated a title page and an 11-page table of contents . In its original order the court included the table of contents and title page in the page count and in so doing stated that the supporting brief was 74 pages in length. The court now amends its order to reflect that the supporting brief was substantively 62 pages in length.

[2] Any table of contents or title page that the plaintiff may incorporate into her supporting brief will not count toward the 62-page limit.

**IT IS SO ORDERED.**

Dated this 16th day of January, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court