# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Cissy Thunderhawk; Waste'Win Young; and Reverend John Floberg on behalf of themselves and all similarly-situated persons, <br><br> Plaintiffs, <br><br> vs. <br><br> County of Morton, North Dakota; Sheriff Kyle Kirchmeier; Governor Doug Burgum; Former Governor Jack Dalrymple; Director Grant Levi; Superintendent Michael Gerhardt, Jr.; TigerSwan LLC, and Does 1 to 100, <br><br> Defendants. | **ORDER OF RECUSAL** <br><br><br> Case No. 1:18-cv-212 |

Pursuant to 28 U.S.C. § 455(a), the undersigned recuses himself from hearing or determining any further proceeding in this case.

**IT IS SO ORDERED.**

Dated this 20th day of February, 2019.

                                            */s/ Clare R. Hochhalter*
                                            Clare R. Hochhalter, Magistrate Judge
                                            United States District Court