# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| CISSY THUNDERHAWK; WAŠTÉ WIN YOUNG; REVEREND JOHN FLOBERG; and JOSÉ ZHAGÑAY on behalf of themselves and all similarly-situated persons,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF MORTON, NORTH DAKOTA; SHERIFF KYLE KIRCHMEIER; GOVERNOR DOUG BURGUM; FORMER GOVERNOR JACK DALRYMPLE; DIRECTOR GRANT LEVI; SUPERINTENDENT MICHAEL GERHART JR; TIGERSWAN LLC; and DOES 1 to 100,<br><br>　　　　　　Defendants. | **ORDER**<br><br><br><br>Case No. 1:18-cv-212 |

The court shall hold a status conference in the above-captioned action by telephone on September 16, 2020, at 10:00 a.m. CDT to discuss, among other things, the formulation of a scheduling/discovery plan and how the court intends to proceed. To participate in the conference, counsel should call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 4th day of September, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Charles S. Miller, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　Charles S. Miller, Jr., Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court