# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-3052

_____

Cissy Thunderhawk, on behalf of herself and all similarly situated persons; Waste'Win Young, on behalf of herself and all similarly situated persons; Reverend John Floberg, on behalf of himself and all similarly situated persons; Jose Zhagnay, on behalf of himself and all similarly situated persons

Plaintiffs - Appellees

v.

Morton County; Sheriff Kyle Kirchmeier

Defendants

Governor Doug Burgum; Former Governor Jack Dalrymple; Director Grant Levi; Superintendent Michael Gerhart, Jr.

Defendants - Appellants

Does 1-100; Tigerswan, LLC

Defendants

------------------------------

American Civil Liberties Union; American Civil Liberties Union of North Dakota

Amici on Behalf of Appellee(s)

_____

No: 20-3053

_____

Cissy Thunderhawk, on behalf of herself and all similarly situated persons; Waste'Win Young, on behalf of herself and all similarly situated persons; Reverend John Floberg, on behalf of himself and all similarly situated persons; Jose Zhagnay, on behalf of himself and all similarly situated persons

Plaintiffs - Appellees

v.

Sheriff Kyle Kirchmeier

Defendant - Appellant

Governor Doug Burgum; Former Governor Jack Dalrymple; Director Grant Levi; Superintendent Michael Gerhart, Jr.; Tigerswan, LLC; Does 1-100; Morton County

Defendants

------------------------------

American Civil Liberties Union; American Civil Liberties Union of North Dakota

Amici on Behalf of Appellee(s)

Appeal from U.S. District Court for the District of North Dakota - Western
(1:18-cv-00212-DMT)

## JUDGMENT

Before LOKEN, COLLOTON, and SHEPHERD, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

July 05, 2022

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Michael E. Gans