IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Cissy Thunderhawk; Wašté Win Young; Reverend John Floberg, and José Zhagñay on behalf of themselves and all similarly-situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>County of Morton, North Dakota; Sheriff Kyle Kirchmeier; Governor Doug Burgum; Former Governor Jack Dalrymple; Director Grant Levi; Superintendent Michael Gerhardt, Jr.; TigerSwan LLC, and Does 1 to 100,<br><br>Defendant. | Case No. 1:18-cv-00212-CSM<br><br>**STIPULATION OF DISMISSAL** |

TigerSwan LLC, on the one hand, and Plaintiffs Cissy Thunderhawk, Wašté Win Young,

Reverend John Floberg, and José Zhagñay, on the other, hereby stipulate that this action, as

between them, should be dismissed with prejudice. Each party shall bear their own costs and

attorneys' fees in this matter.

Dated: 3/4/2026

_____

Noah Smith-Drelich
Bernard E. Harcourt
COLUMBIA LAW SCHOOL
435 W. 116th St.
New York, NY 10027
Telephone: (212) 854-1997
noah.smith.drelich@gmail.com
beh2139@columbia.edu

Amy P. Knight
PHILLIPS BLACK, INC.
1721 Broadway, Suite 201
Oakland, CA 94612
Telephone: (888) 532-0897
a.knight@phillipsblack.org

Attorneys for Plaintiffs

Dated: 1/5/25

Aubrey J. Zuger #06281
Michael S. Raum #05676
Benjamin J. Hasbrouck #01360
FREDRIKSON & BYRON, P.A.
51 Broadway, Suite 400
Fargo, ND 58102-4991
Telephone: (701) 237-8200
azuger@fredlaw.com
mraum@fredlaw.com
bhasbrouck@fredlaw.com

Attorneys for TigerSwan LLC

9019867 v1