**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Cissy Thunderhawk et al., | |
| | Case No. 1:18-cv-00212 |
| Plaintiffs, | |
| vs. | |
| County of Morton et al., | |
| Defendants. | |

---

**ORDER ADOPTING STIPULATION OF DISMISSAL WITH PREJUDICE**

---

[¶1]    THIS MATTER comes before the Court on a Stipulation of Dismissal filed by Plaintiffs Cissy Thunderhawk, Waste Win Young, Reverend John Floberg, and Jose Zhagnay on March 3, 2026. Doc. No. 210. These Plaintiffs and Defendant TigerSwan LLC have stipulated to dismiss this action, as between them, with prejudice and without further costs to each party.

[¶2]    Upon consideration, the Court **ADOPTS** the Stipulation in its entirety (Doc. No. 210). It is therefore **ORDERED** this action is **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties shall bear their own costs.

[¶3]    As illustrated by the following timeline, because of this Stipulation, there are no remaining claims in this case:

1. On September 1, 2020, the Court dismissed Counts Two through Seven of the Amended Complaint with prejudice. Doc. No. 88.

2. On November 6, 2023, the Court dismissed Count One of the Amended Complaint as to Defendants Governor Doug Burgum, Former Governor Jack Dalrymple, Director

Grant Levi, Superintendent Michael Gerhart, and Sheriff Kyle Kirchmeier with prejudice. Doc. No. 168.

3. On September 18, 2024, the Court dismissed Count One against Morton County with prejudice, meaning the only remaining claims were Plaintiffs' claims against TigerSwan. Doc. No. 182.

With the above Stipulation dismissing this action against TigerSwan, the entry of judgment is appropriate.

[¶4]    **LET JUDGMENT BE ENTERED ACCORDINGLY**.

[¶5]    **IT IS SO ORDERED**.

DATED March 5, 2026.

Daniel M. Traynor, District Judge
United States District Court